**No. 60692.**—T. D. Downing Company *v.* United States, protest 266130–K (Boston).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that one case, No. 9, reported by the inspector as short landed, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the case of merchandise reported by the inspector as short landed.   The protest was sustained to this extent.

**No. 60693.**—Asche Bandor Corp. et al. *v.* United States, protests 263209–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 10 percent of the contents of the tins, whereas there should have been an allowance of 20 percent, and that the merchandise is the same in all material respects as that the subject of Abstract 60346.   In accordance with stipulation of counsel and following the cited decision, the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.

**No. 60694.**—Thos. Kenworthy's Sons and American Express Company *v.* United States, protest 277552–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60695.**—Gatz American Co., Inc. *v.* United States, protest 278073–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60696.**—The Markland-Landau Company *v.* United States, protest 278087–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.